UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LESLIE ROOT,

                Plaintiffs,

    v.

CORNING COMMUNITY COLLEGE,

                Defendant.

**NOTICE OF MOTION TO DISMISS**

Civil Action No.
6:17-cv-06498-CJS

---

| | |
|---|---|
| BY: | Defendant Corning Community College |
| DATE, TIME AND PLACE OF HEARING: | At the United States District Court, Western District of New York, United States Courthouse, 100 State Street, Rochester, New York before the Honorable Charles J. Siragusa at a date, place and time to be determined by the Court. |
| RELIEF SOUGHT: | An order granting Defendant's Motion to Dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court may deem just and proper. |
| SUPPORTING PAPERS: | Declaration of Katherine S. McClung, Esq. dated February 20, 2018, with attached exhibits; Declaration of Jina Toribio, dated February 9, 2018, with attached exhibits; Declaration of Carl H. Blowers, dated February 19, 2018; and Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint. |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7(a)(8), Defendant's counsel mailed Plaintiff printed copies of decisions cited in the accompanying memorandum of law that are unreported or reported exclusively on computerized databases

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7(a)(1), Defendant intends to file and serve reply papers and, unless a different schedule is ordered by the Court, will do so within seven (7) days after service of papers responsive to this motion.

Dated: February 20, 2018

                      BOND, SCHOENECK & KING, PLLC

                      By:  /s/ Katherine McClung
                            Katherine S. McClung, Esq.
                      *Attorneys for Defendants*
                      350 Linden Oaks, Third Floor
                      Rochester, New York 14625
                      Telephone: (585) 362-4700

To: Leslie Root
     1256 W. Church Street
     Elmira, NY 14905